.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**Walter W.,**

    **Plaintiff,**

        **Case No.   2:24-cv-4031**

  v.

**Commissioner of Social Security,**    **Magistrate Judge Deavers**

    **Defendant.**

[]  **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

[]  **Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**   This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE ORDER** filed on September 29, 2025, The decision of the Commissioner is therefore **REVERSED** and this action is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

Date: September 29, 2025

        **Richard W. Nagel, Clerk of Court**

        By: /s/ Valerie Brown
            Valerie Brown, Deputy Clerk